UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TOKERS, INC. and<br>LORI NANNEY,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMERCE GROUP, INC.,<br>WEST 2 EAST LAND, L.P.,<br>WEST 2 EAST LAND GP, LLC,<br>MARTIN E. O'BOYLE,<br>WILLIAM RING, and<br>CITY OF ALCOA<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    No.:   3:23-CV-326-TAV-JEM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on August 8, 2025 [Doc. 117], recommending that the Court deny Commerce Group's request for sanctions [Doc. 67]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendations. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R [Doc. 117] in whole. Commerce Group's request for sanctions [Doc. 67] is DENIED.

    IT IS SO ORDERED.

                                        s/ Thomas A. Varlan
                                        UNITED STATES DISTRICT JUDGE